IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>CARLOS JAVIER RODRIGUEZ RIOS<br><br>XXX-XX-0335<br><br><br>DEBTOR (S) | CASE NO.:08-06234-ESL<br><br>CHAPTER 13 |

<u>NEGATIVE
STANDING CHAPTER 13 TRUSTEE'S CERTIFICATION RELATED TO DISCHARGE
PURSUANT TO 11 USC §1328(a), (f), (g)(1), (h) AND
RULES 1007(b)(7) & (8) OF THE FRBP AND LBR
3015-2(j)</u>

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

<u>Section 1328(a) & LBR 3015-2(j) DSO Certification of Compliance</u>

The Trustee is unable to determine if debtor(s) is/are current with her/his/their domestic support obligations. The Court has/have not approved a written waiver of discharge executed by the debtor(s).

<u>Section 1328(f) No Prior Discharge Requirement</u>

According to the case record the debtor(s) HAS/HAVE NOT RECEIVED a discharge under Chapters 7, 11 or 12 during the 4-year period preceding this case petition date.

<u>Instructional Course Requirement Pursuant to
Section 1328(g)(1) & FRBP Rule 1007(b)(7)</u>

According to the case record debtor(s) HAS/HAVE FILED CERTIFICATION(S)of completion of an instructional course concerning personal financial management described in 11 U.S.C. §111 as required by Rule 1007(b)(7)of the FRBP.

<u>Applicability of Section 1328(h)& FRBP Rule 1007(b)(8)</u>

Subsection (h) of §1328 IS NOT APPLICABLE to the debtor(s) in this case since he/she/they,pursuant to §522(b)(2), elected to use federal exemptions under §522(d).

CONCLUSION

Above described facts shows that debtor(s) has/have not comply with the required conditions to be entitled to a Chapter 13 discharge. Hence the case required without the entry of a discharge after the court approval of the Trustee's Final Report.

WHEREFORE, the Trustee hereby respectfully prays from this Honorable Court that after the Trustee's Final Report is approved an order be entered Closing the Case without the entry of debtor(s)'discharge, pursuant to 11 USC §1328(a),Rule 4006 of FRBP and LBR 3015-2(j) (4).

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to:the DEBTOR(s) and to all parties in interest by first class mail to their address of record, and also to her/his/their attorney by first class mail, if not a ECFS register user.

In San Juan, Puerto Rico this November 22, 2013.

/s/ Jose R. Carrion

JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884
San Juan, P.R. 00902-3884
Tel (787)977-3535
FAX (787)977-3550

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR 00919-3677 | CARLOS JAVIER RODRIGUEZ RIOS<br>PO BOX 9676<br>CAGUAS, PR 00726 |
| AMERICAN EXPRESS TRS/LATIN AMERICAN DIV<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | CITIFINANCIAL INC<br>PO BOX 70923<br>CHARLOTTE, NC 28272-0923 |
| DORAL BANK<br>PO BOX 363814<br>SAN JUAN, PR 00936-3814 | FIA CSNA<br>PO BOX 17054<br>WILMINGTON, DE 19884 |
| JC PENNEY<br>PO BOX 364788<br>SAN JUAN, PR 00936-4788 | RADIO SHACK<br>PO BOX 8181<br>GRAY, TN 37615-0181 |
| BANCO POPULAR DE PR<br>PO BOX 362708<br>SAN JUAN, PR 00936 | SEARS<br>PO BOX 6189<br>SIOUX FALLS, SD 57117 |
| DORAL BANK<br>PO BOX 363814<br>SAN JUAN, PR 00936-3814 | FIA CSNA<br>PO BOX 17054<br>WILMINGTON, DE 19884 |
| AMERICAN EXPRESS TRS/LATIN AMERICAN DIV<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | MARITZA PEREZ TORRES<br>VILLA DEL REY<br>N-27 CALLE CLOSESTER<br>CAGUAS, PR 00725 |
| BANCO POPULAR DE PR<br>PO BOX 362708<br>SAN JUAN, PR 00936 | GE MONEY BANK<br>RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>ATT RAMESH SINGH<br>MIAMI, FL 33131-1605 |
| ECAST SETTLEMENT CORP<br>PO BOX 35480<br>NEWARK, NJ 07193-5480 | ECAST SETTLEMENT CORP<br>PO BOX 35480<br>NEWARK, NJ 07193-5480 |

DATED: November 22, 2013

SANDRA DIAZ

OFFICE OF THE CHAPTER 13 TRUSTEE